IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AARON FIEGL,

   Plaintiff,

    v.

GRAPHIC PACKAGING
INTERNATIONAL,

   Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-4125-TWT

**ORDER**

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 2]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. The Plaintiff has 21 days to file an Amended Complaint that fully complies with Rule 8 of the Federal Rules of Civil Procedure.

SO ORDERED, this 5 day of August, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Fiegl\r&r.wpd